UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

    MCCULLOUGH, JAMES L.,
    MCCULLOUGH, RITA J.
    Debtors.
_____/

Case No.: 11-03399-3F7

### TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY

The Trustee, Gregory L. Atwater, moves this Court to enter an Order compelling the Debtors to turnover property of the estate and would show:

1. The property of the bankruptcy estate, pursuant to 11 U.S.C. §541, includes the following:

    **Equity in 2006 Toyota Avalon; and**

    **Equity in 2006 Ford F150;**

2. The property is property which the Trustee may use, sell or lease pursuant to 11 U.S.C. §363.

3. The Debtors are in possession of the property and the Trustee is entitled to turnover of the property pursuant to 11 U.S.C. §542.

Wherefore, the Trustee moves this Court to enter an order granting the Trustee's motion for turnover and directing the Debtors to turnover to the Trustee the referenced property.

Dated: June 15, 2011

_____
Gregory L. Atwater
Florida Bar No. 879134
Post Office Box 1865
Orange Park, FL 32067
(904) 264-2273
Trustee for the Estate

I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, postage prepaid, this 15 day of June, 2011.

Mr. and Mrs. James L. McCullough
Peter C. Blinn, Esquire
Gregory L. Atwater, Trustee
Office of the U.S. Trustee

_____
Gregory L. Atwater

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

MCCULLOUGH, JAMES L.,
MCCULLOUGH, RITA J.,
        Debtors.

Case No.: 11-03399-3F7

## NOTICE OF PRELIMINARY HEARING ON TRUSTEE'S MOTION FOR TURNOVER

NOTICE IS GIVEN that a preliminary hearing in this case will be held in Courtroom 4D, U.S. Courthouse, 300 North Hogan Street, 4th Floor, Jacksonville, Florida 32202 on **Wednesday, August 10, 2011 at 1:30 PM** to consider and act upon the following matter:

TRUSTEE'S MOTION FOR TURNOVER OF
BANKRUPTCY ESTATE'S EQUITY IN
2006 TOYOTA AVALON AND 2006 FORD F150

and transact such other business as may properly come before the hearing.

1. **Appropriate Attire.** You are reminded that Local Rule 5072-1(b)(16) requires all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

2. The hearing may be continued upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

Dated: June _15_ 2011

Gregory L. Atwater
Florida Bar No. 879134
Post Office Box 1865
Orange Park, FL 32067
(904) 264-2273
(904) 264-4316 (fax)
Trustee for the Estate

I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, postage prepaid, this _15_ day of June, 2011:

Mr. and Mrs. James L. McCullough
Peter C. Blinn, Esquire
Gregory L. Atwater, Trustee
Office of the U.S. Trustee

Gregory L. Atwater