UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                              Case No.: 11-03399-3F7
    MCCULLOUGH, JAMES L.,
    MCCULLOUGH, RITA J.
           Debtors.
_____/

## TRUSTEE'S MOTION FOR DETERMINATION THAT PERSONAL PROPERTY IS OF CONSEQUENTIAL VALUE OR BENEFIT TO THE ESTATE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this Motion, Objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file an objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida, 32202, and serve a copy on Gregory L. Atwater, Trustee, Post Office Box 1865, Orange Park, Florida, 32067.
If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

The Trustee, Gregory L. Atwater, moves this Court, pursuant to 11 U.S.C. 362(h)(2), for the entry of an order determining that the property identified as:

**2006 Toyota Avalon; and**

**2006 Ford F150.**

on debtor's Schedule B and D are of consequential value or benefit to the estate.

Dated: July _14_ 2011.

                                             Gregory L. Atwater, Trustee
                                             Florida Bar No. 879184
                                             Post Office Box 1865
                                             Orange Park, FL 32067
                                             (904) 264-2273

I HEREBY CERTIFY that true and correct copy of the Motion for Determination that personal property is of Consequential Value or Benefit to the Estate was furnished to Mr. and Mrs. James I. McCullough, P.O. Box 1112, Belleview, FL; Peter C. Blinn, 1800 SE 17TH Street, Bldg. 400, Ocala, FL ; via US First Class Mail, postage prepaid or electronic filing CM/ECF; and to Ford Motor, P.O. Box 650575, Dallas, TX, and GTE Federal Credit Union, P.O. Box 172599, Tampa, FL, Certified Mail, Return Receipt Requested; all on July 14, 2011.

                                             Gregory L. Atwater, Trustee